# EXHIBIT

# 6

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 7:24-CV-00221-ADA-DTG

Plaintiff:
**Neural AI, LLC**

vs.

Defendant:
**Nvidia Corporation**

For:
Susman Godfrey LLP (Houston)
1000 Louisiana Street
Suite 5100
Houston, TX 77002

Received by Kelly Murski on the 25th day of June, 2026 at 9:13 am to be served on **X.AI Corporation by serving its registered agent, Registered Agent Solutions, Inc, 5301 Southwest Parkway, Suite 400, Austin, Travis County, TX 78701**.

I, Kelly Murski, being duly sworn, depose and say that on the **25th day of June, 2026** at **3:35 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Plaintiff Neural AI, LLC's Notice of Service of Subpoena to X.AI Corporation, Attachment 1, and Attachment 2** with the date of delivery endorsed thereon by me, to **Pam Coe, Registered Agent Solutions, Inc**, in person, as the designated agent to accept delivery of process at the address of **5301 Southwest Parkway, Suite 400, Austin, Travis County, TX 78701** on behalf of **X.AI Corporation** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 26th day of June, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

**Kelly Murski**
PSC-5912, Exp. 10/31/2026

6/26/26
**Date**

**Lexitas (New York)**
**1235 Broadway**
**2nd Floor**
**New York, NY 10001**

Our Job Serial Number: ATX-2026007811
Ref: 27254738

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a