# EXHIBIT

# 14

tom's HARDWARE
US Edition RSS Sign in Search
Best Picks CPUs GPUs PC Components News Laptops Desktops Software & AI Coupons Premium Forums




TRENDING Tom's 30th Anniversary Bench 2.0 RAM Shortage AI Data Centers Vera Rubin AMD Advancing AI RAM Combo Deals Nova Lake

Tech Industry > Artificial Intelligence

ADVERTISEMENT

# Elon Musk says SpaceX will exclusively use Nvidia GPUs 'because they are the best' — says optimized Vera Rubin NVL72 will be launched into space next year

News By Anton Shilov | Published August 5, 2026

No to AMD, Cerebras, D-Matrix, Rebellions, SambaNova, and Tenstorrent?




(Image credit: Getty Images / Bloomberg)

7 Follow us Newsletter

Elon Musk on Tuesday said in an X post that SpaceX and xAI will exclusively use Nvidia GPUs because 'they are the best.' He later clarified during SpaceX's earnings call that Nvidia's Vera Rubin NVL72 rack-scale system's design is above everything else that is available today, which is certainly praise for Nvidia, but not such a good sign for other developers of merchant AI accelerators.

> Elon Musk @elonmusk · Follow
>
> SpaceX has committed to using Nvidia GPUs exclusively because they are the best
>
> 1:51 PM · Aug 4, 2026
>
> See more

ADVERTISEMENT

"Going forward, we have decided to build exclusively on Nvidia, because we think the Vera Rubin architecture is the best architecture," Elon Musk said during SpaceX's earnings call. "We think it is the best AI computer, and we greatly value our close cooperation and partnership on many levels with Nvidia. We are exclusive to Nvidia. [...] We think the design of the NVL72 VR[200] computer is a much better design than, say, having a standard rack style design."

Historically, xAI has exclusively used Nvidia's Hopper and, more recently, Blackwell hardware to train multiple generations of Grok. Although AMD has used Grok-1 on its Instinct MI300X accelerators, there has never been a public announcement or credible evidence that xAI has evaluated or used AMD Instinct, or other non-Nvidia accelerators in production. xAI's Colossus supercomputers have been using Nvidia's accelerators for years, so the official exclusivity looks more like a formality that gives a strong testament for Nvidia rather than a decision that was hard to make.

Latest Videos From Tom's Hardware

How to check SSD health in Windows 10 and ...




Watch full video here: How to check SSD health in Windows 10 and Windo...

When it comes to the praise of the cable-less design of compute trays in Nvidia's Vera Rubin NVL72 VR200 rack system, then Musk's admiration of this architecture is understandable, as while expensive, such trays greatly improve serviceability, assembly speed, and reliability by eliminating a large number of manual cable and hose connections that are common sources of installation errors and failures.

Interestingly, but Musk's SpaceX plans to deploy Vera Rubin not only in its own and xAI's data centers, but also in space.

YOU MAY LIKE

SpaceX admits it can't find enough chips for orbital AI, requires 'significantly more than are currently available to us'



Behind the scenes at Nvidia's Engineering SuperLab



Elon Musk's first-gen orbital data center craft spans wider than a Boeing 747 and runs an interchangeable chip payload



"With respect to the Starmind AI satellite, which will be essentially an optimized Vera Rubin NVL72 computer, this is not some sort of far future distant thing; we expect to start launching this next year," Musk said. "We think the design of the NVL72 VR[200] computer is a much better design than, say, having a standard rack style design. We expect to actually deploy this on the ground as well as in orbit, because we think it is going to be a radical simplification of the normal NVL72 rack."

Deploying an NVL72-scale machine will be by far a more ambitious project than Nvidia has in mind with its Space-1 Vera Rubin Module that is designed to deploy several, perhaps a dozen, of Rubin AI accelerators in space. 36 Vera CPUs and 72 Rubin AI GPUs offer rather formidable performance, though many questions remain about the cooling and reliability of such racks in space.

## Stay On the Cutting Edge: Get the Tom's Hardware Newsletter

Get Tom's Hardware's best news and in-depth reviews, straight to your inbox.

Your Email Address | SIGN ME UP

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

By submitting your information you agree to the Terms & Conditions and Privacy Policy and are aged 16 or over.

Click to follow Tom's Hardware

*Follow Tom's Hardware on Google News, or add us as a preferred source, to get our latest news, analysis, & reviews in your feeds.*

TOPICS

Nvidia | xAI | Elon Musk

SEE ALL COMMENTS (7)



**Anton Shilov** Contributing Writer

Anton Shilov is a contributing writer at Tom's Hardware. Over the past couple of decades, he has covered everything from CPUs and GPUs to supercomputers and from modern process technologies and latest fab tools to high-tech industry trends.


**READ MORE**




Space

**SpaceX admits it can't find enough chips for orbital AI, requires 'significantly more than are currently available to us'**




Artificial Intelligence

**Behind the scenes at Nvidia's Engineering SuperLab**



Data Centers

**Elon Musk's first-gen orbital data center craft spans wider than a Boeing 747 and runs an interchangeable chip payload**



Artificial Intelligence

**Nvidia's Huang vows to deliver 'giant amounts' of Vera Rubin — company says that 'our roadmap is intact'**



GPUs

**Nvidia and Japan unveil world's first national AI infrastructure**




Artificial Intelligence

**Musk's Colossus 1 AI supercomputer's inefficient mixed-architecture design couldn't be used to train Grok, so Anthropic's using it for inference instead**

**LATEST IN ARTIFICIAL INTELLIGENCE**



Artificial Intelligence

**AI creates 16 new viruses that never existed in nature after learning DNA's pattern from 9 trillion nucleotides**




Artificial Intelligence

**Claude Opus 5 mistakenly deletes dev's entire profile directory during routine backup, responds with 'Sorry, typo'**



Artificial Intelligence

**Rogue OpenAI models behind 'unprecedented cybersecurity incident' teamed up to break out of their testing environment — multiple agents left each other messages for months, communicating undetected**




Artificial Intelligence

**Kentucky family snubs $26 million offer to convert their farmland into an AI data center — 'they call us old stupid farmers, you know, but we're not,' says landowner**




Artificial Intelligence

**AI companies are now racing to the bottom — crashing token prices and competitive models push companies to cut costs**



Artificial Intelligence

**Anthropic's Claude hacked three real-life companies during security capabilities test**

**LATEST IN NEWS**



PC Cases

**Noctua finds more than half of tested PC cases misstate CPU cooler clearances**



Liquid Cooling

**Modder pumps liquid directly over bare GPU silicon via 3D-printed block**



Semiconductors

**Musk's Terafab projected to be larger than the Pentagon, Apple Park, Mall of America, and Giga Texas, combined**




Microsoft Office

**x64 port of Microsoft Word for Windows 1.1a arrives**



USB Flash Drives

**Open-source stealth USB hides an encrypted partition behind an 8GB decoy drive**



Drones

**FCC moves to ban LiDAR-equipped foreign drones from U.S. shelves**

**7 COMMENTS** COMMENT FROM THE FORUMS

**timsSOFTWARE**

There's no reason/advantage in saying something like that unless they made some kind of deal behind the scenes. We'll probably hear about some kind of deal they cut in the coming weeks.

REPLY

**ezst036**

Well.

Nvidia GPUs are in fact the best. Next?

REPLY

**SonoraTechnical**

> ***timsSOFTWARE* said:**
>
> There's no reason/advantage in saying something like that unless they made some kind of deal behind the scenes. We'll probably hear about some kind of deal they cut in the coming weeks.

Meh, Jensen had his personal tailor make a leather jacket for Musk...

REPLY

**DS426**

> We think the design of the NVL72 VR computer is a much better design than, say, having a standard rack style design."

Ever heard of AMD Helios?

nVidia is just their wet dream of a company -- the everything "Super" company. Funny that Anthropic and OpenAI consistently have better models than SpaceXAI, even though they use AMD hardware (even if mostly CPU's and not GPU's). Better tools and a better ecosystem for business users as well.

REPLY

SHOW MORE COMMENTS

Tom's Hardware is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.

Add as a preferred source on Google

Terms and conditions
Contact Future's experts
Privacy policy
Cookies policy
Accessibility Statement
Advertise with us
About us
Coupons
Careers
Do not sell or share my personal information

© Future US, Inc. Full 7th Floor, 130 West 42nd Street, New York, NY 10036.