# EXHIBIT

# 17

Watch Live

# AI chip facility coming to Austin, Elon Musk announces

**By** Marco Bitonel | FOX 7 Austin | Austin | **Published** March 23, 2026 9:44 PM CDT

**Elon Musk announces AI Chip facility**

Over the weekend, Elon Musk revealed he's bringing a new $20 billion AI Chip facility to Austin. He says it will be the first of its kind in the world.

**The Brief**

- Elon Musk announced that he will bring an AI chip facility to Austin
- He said this facility would be the first of its kind in the world
- As of right now, a timeline for construction and a size estimate for the new Austin facil have yet to be released

**AUSTIN, Texas** - Over the weekend, tech giant Elon Musk revealed he's bringir a new $20 billion AI chip facility to Austin, which he says will be the first of its kir in the world.

The backstory: On Saturday, beams of light could be seen shooting up into the from the Seaholm Power Plant, laying out the path for Musk to unveil one of his most ambitious projects.

In front of a packed crowd, Musk revealed his newest venture in Austin, the Advanced Technology Fab. The new facility is a joint effort between Tesla, Space and xAI and is set to be built on Tesla's campus in Eastern Travis County. It will have a focus on AI chip design and will be able to make AI chips, test them, and make the proper corrections.

**PREVIOUS COVERAGE: Elon Musk could merge Tesla & SpaceX**

Reports are suggesting there is a "growing chance" Elon Muck may merge Tesla with SpaceX. It would be an effort to dominate industries like AI, robotics, and energy.

---

"I can't emphasize enough the importance of being able to make a chip, test it and then change the design, do another one, and have that in a single building Musk said on Saturday night. "To the best of my knowledge, this doesn't exist anywhere in the world."

The Advanced Technology Fab is one of the first steps in Musk's "Terafab" proje which aims to produce a massive amount of AI chips and computing power wh will be used to power vehicles, humanoid robots, and eventually space travel.

"We want to be a civilization that expands to the galaxy with spaceships that anyone can go anywhere they want at any time," said Musk.

In order to power those projects, Musk says he'll need significantly more AI computing power. His companies typically obtain AI chips from suppliers such a Samsung, TSMC, and Micron, but the demand for his future projects outweighs what is currently being produced.

"All the rest of the output from Earth is about 2% of what we need," said Musk.

Dig deeper: Through the new Terafab project, Musk will take AI computing into own hands, with the aim of producing one terawatt of computing power a year, enough to power hundreds of millions of AI chips.

"This is huge news for Austin because we have already been a tech hub, but thi brings an entirely new focus on the type of technology that's going to be crucia

for artificial intelligence in the future," says Ben Bentzin, an associate professor marketing at the University of Texas.

He estimates that the economic boost of the project could be more than doub what is initially expected.

"What was announced by Elon Musk this weekend was a $20 to $25 billion number. But the reality is, once you look at all the infrastructure that surround that could easily be over $40 million of investment," Bentzin said.

Beyond the economic boom that it could possibly bring, the new chip facility could further cement Austin as a rising star in technology and innovation.

"Austin is going to be right at the center of the U.S. and because the U.S. drives that means the center of the world," says Bentzin.

What's next: As of right now, a timeline for construction and a size estimate for the new Austin facility have yet to be released.

The location of the main Terafab has still to be decided, as Musk says it will nee thousands of acres of land and over 10GW of power at full scale.

**The Source:** Information from interviews conducted by FOX 7 Austin's Marc Bitonel

**Austin** **Elon Musk** **Artificial Intelligence**

This material may not be published, broadcast, rewritten, or redistributed. ©2026 FOX Television Stations