# EXHIBIT

# 18

OFFICE

- [ ] ANY
- [ ] REMOTE UNITED STATES
- [x] BASTROP, TEXAS
- [ ] SINGAPORE
- [ ] PALO ALTO, CALIFORNIA
- [ ] MEMPHIS, TENNESSEE
- [ ] SOUTHAVEN, MISSISSIPPI
- [ ] LONDON, ENGLAND, UNITED KINGDOM
- [ ] TOKYO, JAPAN
- [ ] LOS ANGELES, CALIFORNIA

DEPARTMENT

- [x] ANY
- [ ] NO DEPARTMENT
- [ ] ENGINEERING
  - [ ] DESIGN
  - [ ] GROK FOR GOVERNMENT
  - [ ] INFORMATION SECURITY
  - [ ] INFRASTRUCTURE
  - [ ] MODEL
  - [ ] PRODUCT
- [ ] HUMAN DATA
  - [ ] FINANCIAL
  - [ ] LEGAL & COMPLIANCE
  - [ ] POST-TRAINING
  - [ ] SOFTWARE ENGINEERING
  - [ ] STEM
  - [ ] VISION
- [ ] DATA CENTER
- [ ] G&A
  - [ ] FINANCE
  - [ ] INFORMATION TECHNOLOGY
  - [ ] LEGAL
  - [ ] OPERATIONS
  - [ ] PEOPLE
  - [ ] SAFETY
  - [ ] SECURITY
- [ ] GTM
  - [ ] MARKETING
  - [ ] SALES

FEATURED ROLES

- [ ] SHOW FEATURED ONLY

Clear all

Search for a role...

LEGAL

| | |
|---|---|
| Senior Employment Counsel | Bastrop, Texas ↗ |

PEOPLE

| | |
|---|---|
| HR Business Partner (Employee Relations) | Bastrop, Texas ↗ |

SAFETY

| | |
|---|---|
| Analyst, Law Enforcement Response Team | Bastrop, Texas ↗ |
| Dispute Analyst, X Money | Bastrop, Texas ↗ |
| Quality Program Lead, X Safety | Bastrop, Texas ↗ |
| Safety Trainer, X Money | Bastrop, Texas ↗ |
| Senior Analyst, Safety Operations (Child Safety) | Bastrop, Texas ↗ |
| Support Agent, X Money | Bastrop, Texas ↗ |
| Threat Intelligence Analyst, Threat Disruption | Bastrop, Texas ↗ |
| Senior BSA/AML Investigator (Sat - Wed) | Bastrop, Texas; New York, New York; Palo Alto, California ↗ |

SALES

| | |
|---|---|
| Technical Account Manager | Austin, Texas; Bastrop, Texas ↗ |