# EXHIBIT

# 19

---

**Subject:** RE: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221
**Date:** Tuesday, August 11, 2026 at 3:07:34 PM Pacific Daylight Time
**From:** King, Chance
**To:** Tanner Laiche, Hawk, Jon
**CC:** Rocco Magni, Swazer, Ari, Emily Portuguese, Max Tribble, Brian Melton, Samuel Drezdzon, Tamar Lusztig, msiegmund, Max@ciccarellilawfirm.com

EXTERNAL Email
Hi Tanner,

Thanks for the update. We are working through the issues with our client and will revert shortly once we have their feedback.

Best,
Chance

**Chance King**
Associate

**T:** +1 310 788 1570 | **M:** +1 213 399 3707
chking@mcdermottlaw.com | LinkedIn

McDermott Will & Schulte LLP | mcdermottlaw.com
2049 Century Park East Suite 3200 Los Angeles, CA 90067-3206 USA

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Tuesday, August 11, 2026 9:35 AM
**To:** Hawk, Jon <jhawk@mcdermottlaw.com>; King, Chance <chking@mcdermottlaw.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>; Swazer, Ari <Aswazer@mcdermottlaw.com>; eportuguese <eportuguese@susmangodfrey.com>; mtribble@susmangodfrey.com; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@ciccarellilawfirm.com
**Subject:** Re: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221

**[ External Email ]**
Counsel,

As an update, NVIDIA has agreed to extend Neural AI's deadline to file third-party discovery motions through August 18. We would like to use that additional time to try to resolve the outstanding issues.

As previously discussed, we sent you a proposed declaration that we believe could provide a basis to resolve the subpoenas. Please send us any proposed edits to the declaration as soon as possible so that we can evaluate whether the declaration, as revised, would address the information sought by the subpoenas and avoid the need for additional discovery. To that end, we would appreciate the opportunity to review any proposed revisions before the declaration is finalized or executed.

Given the timing, we would appreciate receiving your edits promptly. If we are unable to reach a resolution before the August 18 deadline, Neural AI will need to file a motion to preserve its rights and avoid any argument that it waived the issue. That would not prevent the parties from continuing to work toward a resolution. If we subsequently reach an agreement that resolves the outstanding discovery, Neural AI would promptly withdraw the motion.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Date:** Thursday, August 6, 2026 at 9:40 PM
**To:** Hawk, Jon <jhawk@mcdermottlaw.com>; King, Chance <chking@mcdermottlaw.com>
**Cc:** Rocco Magni <RMagni@susmangodfrey.com>; Swazer, Ari <Aswazer@mcdermottlaw.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@ciccarellilawfirm.com <Max@ciccarellilawfirm.com>
**Subject:** Re: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221

Jon,

Thank you for the update. We have requested that NVIDIA stipulate to an extension of the third-party discovery deadlines and are awaiting its response. We will follow up with NVIDIA and let you know as soon as we hear back.

Thanks,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Hawk, Jon <jhawk@mcdermottlaw.com>
**Date:** Thursday, August 6, 2026 at 3:58 PM
**To:** King, Chance <chking@mcdermottlaw.com>
**Cc:** Tanner Laiche <TLaiche@susmangodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Swazer, Ari <Aswazer@mcdermottlaw.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@ciccarellilawfirm.com <Max@ciccarellilawfirm.com>
**Subject:** Re: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221

EXTERNAL Email

Tanner, my client is considering a declaration based on what we've found, and we'll discuss further with them to potentially come back with a proposal. Any update on your deadline discussions?

Jon

**Jon Hawk**
Partner

**T:** +1 310 788 4181 | **M:** +1 626 755 1400
jhawk@mcdermottlaw.com | LinkedIn

McDermott Will & Schulte LLP | mwe.com
2049 Century Park East | Suite 3200 | Los Angeles, CA 90067-3206 | USA

> On Aug 4, 2026, at 3:46 PM, King, Chance <chking@mcdermottlaw.com> wrote:
>
> Hi Tanner, 1pm works for us. Thanks!
>
> **Chance King**

Associate

**T:** +1 310 788 1570 | **M:** +1 213 399 3707
chking@mcdermottlaw.com | LinkedIn

McDermott Will & Schulte LLP | mcdermottlaw.com
2049 Century Park East Suite 3200 Los Angeles, CA 90067-3206 USA

---

**From:** Tanner Laiche <TLaiche@susmangodfrey.com>
**Sent:** Tuesday, August 4, 2026 11:29 AM
**To:** King, Chance <chking@mcdermottlaw.com>; Rocco Magni <RMagni@susmangodfrey.com>; Swazer, Ari <Aswazer@mcdermottlaw.com>; eportuguese <eportuguese@susmangodfrey.com>; mtribble@susmangodfrey.com; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@CiccarelliLawFirm.com
**Cc:** Hawk, Jon <jhawk@mcdermottlaw.com>
**Subject:** Re: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221

**[ External Email ]**
Hi Chance,

Thank you. We are available tomorrow at 1:00 pm PT.

Despite the parties' prior meet-and-confers, document discovery in the underlying action closes on August 11. Unless the parties can promptly reach a resolution, that deadline leaves Neural AI no practical alternative but to move to compel by the end of this week or, at the latest, August 10, to preserve its rights.

To reduce burden and potentially avoid motion practice, I am attaching a short set of questions intended to guide your investigation and help identify the responsive information. I am also recirculating the draft declaration we previously shared, and that X Corp. may revise to ensure its accuracy.

If X Corp. commits to provide complete written responses to the questions and an executed declaration, Neural AI is willing to consider accepting those materials in lieu of further document production and/or deposition testimony, subject to resolving any material gaps. Otherwise, the discovery deadline will require Neural AI to move to compel by or before August 10 to preserve its rights. Even if a motion becomes necessary, we remain open to resolving the

issues promptly and mooting or withdrawing the motion through compliance.

I look forward to discussing further tomorrow.

Regards,

**Tanner Laiche**
**Susman Godfrey LLP**
206.505.3816 | tlaiche@susmangodfrey.com
401 Union Street | Suite 3000 | Seattle, WA 98101
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** King, Chance <chking@mcdermottlaw.com>
**Date:** Monday, August 3, 2026 at 7:06 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Swazer, Ari <Aswazer@mcdermottlaw.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@CiccarelliLawFirm.com <Max@CiccarelliLawFirm.com>
**Cc:** Hawk, Jon <jhawk@mcdermottlaw.com>
**Subject:** RE: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221
EXTERNAL Email
Hi Rocco,

We can meet at the following times this week. Please let us know what time would work best within the below frames for you:

Wed 8/5: 12pm-3:30pm PT
Thurs 8/6: 1:30pm – 3:30pm PT

Once confirmed I can circulate a zoom invite.

Thanks,
Chance

**Chance King**
Associate

**T:** +1 310 788 1570 | **M:** +1 213 399 3707

chking@mcdermottlaw.com | LinkedIn

McDermott Will & Schulte LLP | mcdermottlaw.com
2049 Century Park East Suite 3200 Los Angeles, CA 90067-3206 USA

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Sunday, August 2, 2026 6:59 PM
**To:** Swazer, Ari <Aswazer@mcdermottlaw.com>; eportuguese <eportuguese@susmangodfrey.com>; mtribble@susmangodfrey.com; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@CiccarelliLawFirm.com
**Cc:** Hawk, Jon <jhawk@mcdermottlaw.com>; King, Chance <chking@mcdermottlaw.com>
**Subject:** Re: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221

You don't often get email from rmagni@susmangodfrey.com. Learn why this is important

**[ External Email ]**

Ari,

Our discovery deadline is approaching soon. Please let us know when you can confer again this upcoming week. Thanks.

--

Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**

This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Tuesday, July 28, 2026 at 6:54 PM
**To:** Swazer, Ari <Aswazer@mcdermottlaw.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@CiccarelliLawFirm.com <Max@CiccarelliLawFirm.com>

**Cc:** Hawk, Jon <jhawk@mcdermottlaw.com>; King, Chance <chking@mcdermottlaw.com>
**Subject:** Re: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221
All,

Thanks for speaking with us last week. Attached is a declaration template I referred to on our call. Do you have time later this week to connect on an update?

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

**From:** Swazer, Ari <Aswazer@mcdermottlaw.com>
**Date:** Wednesday, July 22, 2026 at 3:37 PM
**To:** Rocco Magni <RMagni@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@CiccarelliLawFirm.com <Max@CiccarelliLawFirm.com>
**Cc:** Hawk, Jon <jhawk@mcdermottlaw.com>; King, Chance <chking@mcdermottlaw.com>
**Subject:** RE: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221
EXTERNAL Email
Rocco,

We have availability from 10-12 PT Thursday and Friday. Please let us know if either of those works for you.

Best,
Ari

**Ari Swazer**
Associate

**T:** +1 310 788 6057 | **M:** +1 720 352 2951
aswazer@mcdermottlaw.com | LinkedIn

McDermott Will & Schulte LLP | mcdermottlaw.com
2049 Century Park East Suite 3200 Los Angeles, CA 90067-3206 USA

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Sent:** Wednesday, July 22, 2026 6:56 AM
**To:** Swazer, Ari <Aswazer@mcdermottlaw.com>; eportuguese <eportuguese@susmangodfrey.com>; mtribble@susmangodfrey.com; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@CiccarelliLawFirm.com
**Cc:** Hawk, Jon <jhawk@mcdermottlaw.com>; King, Chance <chking@mcdermottlaw.com>
**Subject:** Re: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221

**[ External Email ]**
Please provide times to meet and confer this Thursday or Friday.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Rocco Magni <RMagni@susmangodfrey.com>
**Date:** Monday, July 20, 2026 at 9:59 AM
**To:** Swazer, Ari <Aswazer@mcdermottlaw.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@CiccarelliLawFirm.com <Max@CiccarelliLawFirm.com>
**Cc:** Hawk, Jon <jhawk@mcdermottlaw.com>; King, Chance <chking@mcdermottlaw.com>

**Subject:** Re: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221
Please provide times to meet and confer this week. Thanks.

--
Rocco F. Magni
Partner | Susman Godfrey LLP
Office: 713.653.7861
Cell: 512.514.3519
**Firm Bio**
This e-mail may contain privileged and confidential information. If you received this message in error, please notify the sender and delete it immediately.

---

**From:** Swazer, Ari <Aswazer@mcdermottlaw.com>
**Date:** Friday, July 17, 2026 at 8:16 PM
**To:** Emily Portuguese <EPortuguese@susmangodfrey.com>; Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@CiccarelliLawFirm.com <Max@CiccarelliLawFirm.com>
**Cc:** Hawk, Jon <jhawk@mcdermottlaw.com>; King, Chance <chking@mcdermottlaw.com>
**Subject:** RE: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221
EXTERNAL Email
Hi Emily,

Please see attached.

Best,
Ari

**Ari Swazer**
Associate

**T:** +1 310 788 6057 | **M:** +1 720 352 2951
aswazer@mcdermottlaw.com | LinkedIn

McDermott Will & Schulte LLP | mcdermottlaw.com
2049 Century Park East Suite 3200 Los Angeles, CA 90067-3206 USA

---

**From:** Swazer, Ari
**Sent:** Thursday, July 9, 2026 2:38 PM
**To:** 'Emily Portuguese' <EPortuguese@susmangodfrey.com>; mtribble@susmangodfrey.com; Brian Melton <BMelton@SusmanGodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@CiccarelliLawFirm.com
**Cc:** Hawk, Jon <jhawk@mcdermottlaw.com>; King, Chance <chking@mcdermottlaw.com>
**Subject:** RE: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221

Thanks, Emily. Just for clarity, I wanted to confirm that the date should be Friday, July 17 (rather than August 17). We'll reach out next week if any questions arise.

Best,
Ari

**Ari Swazer**
Associate

**T:** +1 310 788 6057 | **M:** +1 720 352 2951
aswazer@mcdermottlaw.com | LinkedIn

McDermott Will & Schulte LLP | mcdermottlaw.com
2049 Century Park East Suite 3200 Los Angeles, CA 90067-3206 USA

---

**From:** Emily Portuguese <EPortuguese@susmangodfrey.com>
**Sent:** Thursday, July 9, 2026 2:16 PM
**To:** Swazer, Ari <Aswazer@mcdermottlaw.com>; mtribble@susmangodfrey.com; Brian Melton <BMelton@SusmanGodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@CiccarelliLawFirm.com
**Cc:** Hawk, Jon <jhawk@mcdermottlaw.com>; King, Chance <chking@mcdermottlaw.com>
**Subject:** RE: Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221

**[ External Email ]**
Hi Ari,

Thanks for the call just now. As discussed, a two-week extension is not feasible

given the upcoming August 11 deadline. We agree to an extension to next Friday, August 17. Please let me know if a meeting next week would be helpful to guide your investigation and inform your responses.

Thanks,
Emily

**Emily Portuguese** | **Susman Godfrey LLP**
Office: 212.729.2082 Mobile: 973.487.8743
eportuguese@susmangodfrey.com

---

**From:** Swazer, Ari <Aswazer@mcdermottlaw.com>
**Sent:** Wednesday, July 8, 2026 4:35 PM
**To:** Max Tribble <MTRIBBLE@SusmanGodfrey.com>; Brian Melton <BMelton@SusmanGodfrey.com>; Rocco Magni <RMagni@susmangodfrey.com>; Samuel Drezdzon <SDrezdzon@susmangodfrey.com>; Tamar Lusztig <TLusztig@susmangodfrey.com>; Emily Portuguese <EPortuguese@susmangodfrey.com>; Tanner Laiche <TLaiche@susmangodfrey.com>; msiegmund <msiegmund@cjsjlaw.com>; Max@CiccarelliLawFirm.com
**Cc:** Hawk, Jon <jhawk@mcdermottlaw.com>; King, Chance <chking@mcdermottlaw.com>
**Subject:** Records Request to X Corp. | Neural AI, LLC v. NVIDIA Corporation, Case No. 7:24-cv-00221

EXTERNAL Email
Counsel,

We represent X Corp. in the above-referenced matter. We have only recently been retained and cleared conflicts for this matter.

Would you be amenable to a two-week extension of xAI's deadline to respond to the requests, up to and including **July 23**, to allow us sufficient time to review the requests and sufficiently respond?

Best,
Ari

**Ari Swazer**
Associate

**T:** +1 310 788 6057 | **M:** +1 720 352 2951
aswazer@mcdermottlaw.com | LinkedIn

McDermott Will & Schulte LLP | mcdermottlaw.com
2049 Century Park East Suite 3200 Los Angeles, CA 90067-3206 USA

<image001.jpg>

****************************************************************************************************
***********
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information. Thank you.
****************************************************************************************************
***********

Please visit http://www.mcdermottlaw.com/ for more information about our Firm.