# EXHIBIT

# 16

THE REAL DEAL
REAL ESTATE NEWS

Sign in | Subscribe

COMMERCIAL TEXAS

# Elon Musk's xAI quietly takes over Seaholm office space in Downtown Austin

Sublease at the landmark building hints at early business moves for $20B Terafab initiative




Elon Musk with the Seaholm Power Plant at 800 W Cesar Chavez St in Austin (Getty, Google Maps)




By TRD Staff

APR 16, 2026, 3:14 PM PDT

Save article

SHARE THIS ARTICLE

FONT SIZE

A A A

Elon Musk's growing Austin kingdom is starting to take physical shape downtown.

xAI, the artificial intelligence firm tied to Musk's social media platform X, subleased roughly 112,000 square feet at the Seaholm Power Plant — virtually all of the building's office space — according to multiple first-quarter market reports from brokerages tracking the Austin office sector. The Austin Business Journal reported that the space was previously occupied by Athenahealth, which has leased space at the building since 2014.




BRAND STUDIO



AppFolio brings AI-native architecture to asset manageme

The deal, first surfaced in recent reports from firms including Cushman & Wakefield and CBRE, appears to confirm speculation that Musk's companies are moving into the historic redevelopment along

## Recommended

All Markets

- Who are the developers behind Florida's most controversial hyperscale data centers?
- Legion, Nahla Capital snag buyer for $41M unit as UES project nears sellout
- Housing Notes: Compass' "Fall Marketing Playbook" is a routine antitrust red flag
- Longfellow cuts first NYC purchase loose for $87M
- Healthy demand? These Kendall projects near Baptist hospital provoked longtime residents

Lady Bird Lake, following last month's splashy Terafab announcement at the site.

CoStar data shows xAI as the subtenant as of March, while CBRE's report suggests an even broader cohort of coinhabitants, listing a joint venture involving xAI, Tesla, SpaceX and Intel as the occupants, according to the publication. Intel recently signed on to the $20 billion-plus Terafab chipmaking initiative, which Musk has described as a cornerstone for scaling artificial intelligence production.

Neither xAI nor Seaholm landlord Endeavor Real Estate Group responded to requests for comment from the outlet, and details about the tenancy remain sparse. But signs of activity are already visible, as construction crews were observed completing interior work this week, with building access restricted and signage limiting photography.

Enter Your Email
SIGN UP

The move marks one of the first tangible real estate deals tied to Terafab, which Musk claims could eventually produce up to one terawatt of computation annually — enough to support tens of millions of AI chips powering everything from autonomous vehicles to robotics and aerospace systems.




The sublease is notable in Austin's office market beyond the tenant's profile, as blocks of space have been slow to absorb as companies have reduced office occupancy since 2020. A full-floor-plus commitment by a fast-scaling tech powerhouse stands out, according to the publication.

Questions remain about the permanence of the move, as Musk has said Terafab's long-term home will require thousands of acres and significant power capacity, with sites under consideration across the region.

*— Eric Weilbacher*

READ MORE


COMMERCIAL SAN FRANCISCO
**Elon Musk's xAI firm inks two office leases in Palo Alto**


DEVELOPMENT AUSTIN
**Elon Musk's $20B Terafab will start in Austin**


POLITICS TEXAS
**Austin reconsiders corporate incentives, as growth slows**


DEVELOPMENT TEXAS
**Intel joins Musk's $20B Terafab project, raising stakes for massive chip campus**

COMPANIES AND PEOPLE




## Recommended

Chicago

**Who are the developers behind Florida's most controversial hyperscale data centers?**

**Legion, Nahla Capital snag buyer for $41M unit as UES project nears sellout**

**Housing Notes: Compass' "Fall Marketing Playbook" is a routine antitrust red flag**

**Longfellow cuts first NYC purchase loose for $87M**

**Healthy demand? These Kendall projects near Baptist hospital provoked longtime residents**

CBRE | Cushman & Wakefield | Endeavor Real Estate Group | Intel | SpaceX | Tesla

X | xAI | Elon Musk

TAGS

Commercial Real Estate | sublease

## Recommended For You



TEXAS

**Elon Musk's Austin area empire triples land holdings**



TEXAS

**Musk's companies prep $5M Seaholm office renovation**



TEXAS

**Elon Musk's Tesla juices Austin industrial holdings with 500k sf lease**



TEXAS

**Jeff Bezos' Blue Origin secures incentives to build $650M facility in Hutto**



TEXAS

**Elon Musk's $55M chipmaking facility Terfab is coming to College Station**



NATIONAL

**Industrial firms clear away glut of big-box warehouses**



SAN FRANCISCO

**Former Yelp HQ for sale after CIM Group defaults on $62M loan**



NEW YORK

**Rudin's 3 Times Square fills up top floors following improvements**



TEXAS

**Foxconn to pour $72M into Apple AI server manufacturing facility in Houston**



TEXAS

**Japanese semiconductor manufacturer triples Austin office presence**

All rights reserved © 2026 The Real Deal is a registered Trademark of Korangy Publishing Inc.

450 West 31st Street, New York, NY 10001 Phone: 212-260-1332