**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **NEURAL AI, LLC,**<br>***Plaintiff,***<br><br>**v.**<br><br>**X.AI CORP.,**<br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO: MO:26-MC-00319**<br>**(Principal Case: MO:24-CV-221-LS-DTG)** |

**ORDER TO TRANSFER**

The above-named and numbered case is transferred from the docket of U.S. District Judge David Counts to the docket of U.S. District Judge Leon Schydlower both judges having consented to the transfer.

It is therefore **ORDERED** the above-named and numbered case is hereby **TRANSFERRED** to the docket of U.S. District Judge Leon Schydlower. Pursuant to the Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by Judge Leon Schydlower.

It is so **ORDERED**.

SIGNED this 20th day of August, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE