**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Petitioner,<br><br>v.<br><br>X.AI CORP,<br><br>Respondent. | Misc. Case No. 7:26-mc-00319<br><br>Principal case pending in Western District of Texas, Civil Action No. 7:24-cv-00221-LS-DTG |

**JOINT STIPULATION AND MOTION TO EXTEND NON-PARTY SPACEXAI CORP.'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Neural AI, LLC ("Neural AI") and Non-Party SpaceXAI Corp. ("SpaceXAI"), by and through their respective counsel, hereby stipulate and jointly move, subject to the Court's approval, to extend SpaceXAI's deadline to respond to Neural AI's pending Motion to Compel to allow the parties additional time to continue their ongoing efforts to resolve the discovery dispute, as follows:

WHEREAS, Neural AI served SpaceXAI with a subpoena (the "Subpoena") under Federal Rule of Civil Procedure ("Rule") 45 on June 25, 2026;

WHEREAS, SpaceXAI served its responses and objections to the Subpoena on July 17, 2026;

WHEREAS, the Plaintiff and SpaceXAI have been meeting and conferring regarding various aspects of the Subpoena since July 23, 2026 in efforts to resolve their disputes regarding the Subpoena;

WHEREAS, on August 18, 2026, in light of the discovery cutoff in this matter, Plaintiff filed its original Motion to Compel (ECF 187) against SpaceXAI, seeking compliance with the Subpoena. For the avoidance of doubt, Plaintiff filed that original motion in efforts to preserve its rights while its meet and confer discussions with SpaceXAI continued;

WHEREAS, on August 19, 2026, Plaintiff filed a corrected Motion to Compel (ECF 188);

WHEREAS, Plaintiff served the corrected Motion to Compel on SpaceXAI on August 20, 2026;

WHEREAS, Plaintiff and SpaceXAI believe their discussions have been productive and are optimistic that they can resolve their disputes regarding the Subpoena in a manner that will avoid motion practice, thus conserving their and the Court's resources;

WHEREAS, Plaintiff and SpaceXAI believe that an extension of the briefing schedule on Plaintiff's pending Motion to Compel will enable them to work through their disputes. Plaintiff and SpaceXAI thus jointly request that the Court issue such an order, i.e., continuing SpaceXAI's deadline to respond to Neural AI's corrected Motion to Compel, to and including September 15, 2026;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AND JOINTLY MOVE, subject to the Court's approval, that SpaceXAI's deadline to respond to Neural AI's Motion to Compel shall be extended to and including September 15, 2026.

Dated: August 27, 2026

**MCDERMOTT WILL & SCHULTE LLP**

By: /s/ *Seth M. Young*
Seth M. Young
Texas State Bar 24120675
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201-1664
Telephone: +1 214 210 2794
Facsimile: +1 972 232 3098
smyoung@mcdermottlaw.com

J. Jonathan Hawk (*pro hac vice* forthcoming)
CA State Bar 254350
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4181
Facsimile (310) 277-4730

Attorney for Non-Party SpaceXAI Corp.

**SUSMAN GODFREY L.L.P.**

By: /s/ *Rocco Magni*
Max L. Tribble
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
Samuel Drezdzon
Texas State Bar 24117374
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com
sdrezdzon@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
WA State Bar 60450
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

*Counsel for Petitioner Neural AI, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

DATED: August 27, 2026

**SUSMAN GODFREY L.L.P.**

By: /s/ *Rocco Magni*
Rocco Magni

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: ______________________

______________________________
The Honorable Derek T. Gilliland
United States District Judge