**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Petitioner,<br><br>v.<br><br>X.AI CORP,<br><br>Respondent. | Misc. Case No. 7:26-mc-00319<br><br>Principal case pending in Western District of Texas, Civil Action No. 7:24-cv-00221-LS-DTG |

**[PROPOSED] ORDER ON JOINT STIPULATION AND**
**MOTION TO EXTEND DEADLINE**

Before the Court is Petitioner Neural AI, LLC and Third-Party Respondent SpaceXAI Corp.'s Joint Stipulation and Motion to Extend SpaceXAI's Deadline to Respond to Neural AI's Motion to Compel Compliance with Subpoena. Having considered the Joint Motion, the Court finds good cause and GRANTS the requested extension. SpaceXAI's response is due September 15, 2026.

**SO ORDERED: this _____ day of _____________________, 2026.**

___________________________________
United States District Judge