**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| NEURAL AI, LLC,<br><br>Petitioner,<br><br>v.<br><br>X.AI CORP,<br><br>Respondent. | Misc. Case No. 7:26-mc-00319<br><br>Principal case pending in Western District of Texas, Civil Action No. 7:24-cv-00221-LS-DTG |

**JOINT STIPULATION AND MOTION TO EXTEND NON-PARTY SPACEXAI CORP.'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Neural AI, LLC ("Neural AI") and Non-Party SpaceXAI Corp. ("SpaceXAI"),[1] by and through their respective counsel, hereby stipulate and jointly move, subject to the Court's approval, to extend SpaceXAI's deadline to respond to Neural AI's pending Motion to Compel to allow the parties additional time to continue their ongoing efforts to resolve the discovery dispute, as follows:

WHEREAS, Neural AI served SpaceXAI with a subpoena (the "Subpoena") under Federal Rule of Civil Procedure ("Rule") 45 on June 25, 2026;

WHEREAS, SpaceXAI served its responses and objections to the Subpoena on July 17, 2026;

WHEREAS, the Plaintiff and SpaceXAI have been meeting and conferring regarding various aspects of the Subpoena since July 23, 2026 in efforts to resolve their disputes regarding the Subpoena;

WHEREAS, on August 17, 2026, in light of the discovery cutoff in the principal matter, Plaintiff filed its original Motion to Compel (ECF 1) against SpaceXAI, seeking compliance with the Subpoena. For the avoidance of doubt, Plaintiff filed that original motion in efforts to preserve its rights while its meet and confer discussions with SpaceXAI continued;

WHEREAS, on August 18, 2026, Plaintiff filed a corrected Motion to Compel (ECF 6);

WHEREAS, on August 27, 2026, the parties filed a Stipulation and Joint Motion to Extend SpaceXAI's Deadline to Respond to Plaintiff's Motion to Compel (ECF No. 8);

WHEREAS, on August 28, 2026, the Court granted the parties' request by Text Order and extended SpaceXAI's deadline to respond to the Motion to Compel;

[1] SpaceXAI was formerly known as X.AI Corp., and changed its name to SpaceXAI Corp. in around July 2026.

WHEREAS, since the Court entered its Text Order, Plaintiff and SpaceXAI have continued their meet-and-confer efforts regarding the Subpoena and the issues raised in the Motion to Compel;

WHEREAS, those discussions have been productive, and the parties believe they can reach a resolution that will substantially narrow or entirely resolve the issues presented by the Motion to Compel, thereby obviating the need for further motion practice and conserving the resources of both the Court and the parties;

WHEREAS, the parties require a short additional extension to finalize the details of a potential resolution and avoid unnecessary briefing;

WHEREAS, only one prior extension has been previously sought, the requested extension is made in good faith and not for purposes of delay, no party will be prejudiced by the requested extension, and for the avoidance of doubt, all parties reserve all rights irrespective of this requested extension;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AND JOINTLY MOVE, subject to the Court's approval, that SpaceXAI's deadline to respond to Neural AI's Motion to Compel (ECF No. 6) shall be extended by one week, up to and including September 22, 2026.

Dated: September 15, 2026

**MCDERMOTT WILL & SCHULTE LLP**

By: /s/ *Seth M. Young*

Seth M. Young
Texas State Bar 24120675
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201-1664
Telephone: +1 214 210 2794
Facsimile: +1 972 232 3098
smyoung@mcdermottlaw.com

J. Jonathan Hawk (*pro hac vice* forthcoming)
CA State Bar 254350
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4181
Facsimile (310) 277-4730

Attorney for Non-Party SpaceXAI Corp.

**SUSMAN GODFREY L.L.P.**

By: /s/ *Rocco Magni*
Max L. Tribble
Texas State Bar 20213950
Brian D. Melton
Texas State Bar 24010620
Rocco Magni
Texas State Bar 24092745
Samuel Drezdzon
Texas State Bar 24117374
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com
sdrezdzon@susmangodfrey.com

Tamar Lusztig
NY State Bar 5125174
Emily Portuguese
NY State Bar 5920327
One Manhattan West, 50th Floor
New York, NY 10001
tlusztig@susmangodfrey.com
eportuguese@susmangodfrey.com

Tanner Laiche
WA State Bar 60450
401 Union Street, Suite 3000
Seattle, WA 98101
tlaiche@susmangodfrey.com

*Counsel for Petitioner Neural AI, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

DATED: September 27, 2026

**SUSMAN GODFREY L.L.P.**

By: /s/ *Rocco Magni*
Rocco Magni