**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

NEURA L AI, L LC,

vs. Case No.: 7:26-mc-00319-LS

X.AI CORP.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Tamar Lusztig, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Neural AI, LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Susman Godfrey LLP with offices at:

   Mailing address: One Manhattan West, 50th Floor

   City, State, Zip Code: New York, New York 10001

   Telephone: (212) 336-8330 Facsimile: (212) 336-8340

2. Since 2013, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York.

   Applicant's bar license number is 5125174.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Eastern District of Texas | 03/19/19 |
| Southern District of New York | 11/25/17 |
| Eastern District of New York | 12/02/17 |
| U.S. Court of Appeals, 2nd Circuit | 01/06/17 |
| U.S. Court of Appeals, Federal Circuit | 01/04/17 |
| U.S. Court of Appeals, 7th Circuit | 11/01/19 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 7:24-cv-00221 on the 17 day of April, 2025.

Number: 1:25-cv-01019 on the 22 day of July, 2025.

Number: ____________ on the ____ day of ____________, ______.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Rocco Magni, Susman Godfrey, LLP

Mailing address: 1000 Louisiana Street, Ste 5100

City, State, Zip Code: Houston, TX 77002

Telephone: (751) 651-9366

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Tamar Lusztig to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Tamar Lusztig
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 16 day of September, 2026.

Tamar Lusztig
[printed name of Applicant]

[signature of Applicant]