UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

Neural AI, LLC

vs. Case No.: 7:26-mc-00319-LS

X.AI Corp.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now J. Jonathan Hawk, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent X.AI Corp. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) McDermott Will & Schulte with offices at:

   Mailing address: 2049 Century Park East, Suite 3200

   City, State, Zip Code: Los Angeles, CA 90067

   Telephone: 310-788-4181 Facsimile: ____________

2. Since 12/4/2007, Applicant has been and presently is a member of and in good standing with the Bar of the State of California.

   Applicant's bar license number is 254350.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Central District of CA | 12/11/2008 |
| Eastern District of CA | 8/1/2008 |
| * See attached page | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: ______________________ on the _____ day of ___________________, _______.

Number: ______________________ on the _____ day of ___________________, _______.

Number: ______________________ on the _____ day of ___________________, _______.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Seth M. Young

Mailing address: 2801 North Harwood St., Suite 2600

City, State, Zip Code: Dallas, TX 75201

Telephone: 214-210-2794

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of J. Jonathan Hawk to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

J. Jonathan Hawk
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 18 day of September, 2026.

J. Jonathan Hawk
[printed name of Applicant]

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**MIDLAND-ODESSA DIVISION**

Neural AI, LLC

vs. Case No.: 7:26-cv-00319

X.AI Corp.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by J. Jonathan Hawk, counsel for X.AI Corp., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and J. Jonathan Hawk may appear on behalf of X.AI Corp. in the above case.

IT IS FURTHER ORDERED that J. Jonathan Hawk, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the ________ day of September, 20 26.

______________________________
UNITED STATES DISTRICT JUDGE

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Northern District of CA | 2/6/2009 |
| Southern District of CA | 5/16/2011 |
| Fourth Circuit US Court of Appeals | 8/5/2026 |
| Fifth Circuit US Court of Appeals | 3/10/2026 |
| Ninth Circuit US Court of Appeals | 8/1/2023 |
| Supreme Court of the United States | 3/2/2026 |